In the Matter of the Accounting of FRANK E. O'REILLY, as Executor and Trustee under the Will of ANTHONY J. HEANEY, Deceased, and as Executor of MARY J. HEANEY, Deceased, Respondent.

ARTHUR J. HEANEY, Appellant.

*Matter of O'Reilly*, 136 App. Div. ——, appeal dismissed.
(Submitted January 6, 1910; decided January 11, 1910.)

APPEAL from an order of the Appellate Division of the Supreme Court in the second judicial department, entered

December 3, 1909, which affirmed an order of the Kings County Surrogate's Court granting a motion to vacate a decree settling an intermediate account and granting permission to the respondent herein to file an amended account.

*Walter Jeffreys Carlin* for appellant.

*James P. Judge* for respondent.

Appeal dismissed, with costs; no opinion.

Concur: CULLEN, Ch. J., VANN, WERNER, WILLARD BARTLETT, HISCOCK and CHASE, JJ. Absent: EDWARD T. BARTLETT, J.